**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1177**

PAULA HANSON-HODGE,

              Plaintiff – Appellant,

     v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security
Administration,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:14-cv-00744-LO-TCB)

Submitted:  June 8, 2016         Decided:  June 22, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paula Hanson-Hodge, Appellant Pro Se.  R. Joseph Sher, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paula Hanson-Hodge appeals the district court's order granting summary judgment in favor of the Appellee on Hodge's claim of retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hanson-Hodge v. Colvin, No. 1:14-cv-00744-LO-TCB (E.D. Va. Jan. 21 & Feb. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED